UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-5512 BHS |
| Plaintiff, | |
| v. | ORDER SETTING TRIAL DATE |
| TREMAIN LEAH CHALMERS, | |
| KYLE ANDREW EVERHART, | |
| Defendants. | |

THIS MATTER having come before the Court on the parties' stipulated oral motion to continue the trial date and pretrial motions due date in this matter, and the Court having considered the facts set forth on the record, including the May 8, 2014 hearing with the parties, the Court finds as follows:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation

*U.S. v. Chalmers*, CR13-5512 BHS - 1
ORDER ON STIPULATED MOTION

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 for pretrial proceedings or for trial itself within the time limits established by the Speedy
2 Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B(ii).
3   4. Taking into account the exercise of due diligence, a continuance is necessary to
4 allow the defendants the reasonable time for effective preparation of their defenses.
5 18 U.S.C. § 3161(h)(7)(B)(iv).  NOW, THEREFORE,
6   IT IS HEREBY ORDERED that the trial date is continued from May 13, 2014, to
7 September 23, 2014.  The resulting period of delay up to and including September 23,
8 2014, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and
9 (B).
10   Pretrial motions are due no later than August 13, 2014 and a Pretrial conference is
11 set for September 15, at 1:30 pm.

  DATED this 4th day of June, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Jerrod C. Patterson*
JERROD C. PATTERSON
Assistant U.S. Attorney

U.S. v. Chalmers, CR13-5512 BHS - 2
ORDER ON STIPULATED MOTION

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970