The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KYLE ANDREW EVERHART, <br><br> Defendant. | NO. CR13-5512 BHS <br><br> ORDER TO DISMISS DEFENDANT KYLE EVERHART FROM SUPERSEDING INDICTMENT |

Leave of Court is hereby GRANTED for filing the government's dismissal of the pending charges against KYLE ANDREW EVERHART in the Superseding Indictment. The Superseding Indictment as to KYLE ANDREW EVERHART is hereby DISMISSED without prejudice. The charges against codefendant Tremain Leah Chalmers remain.

DATED this 24 day of June, 2014.

BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jerrod C. Patterson
JERROD C. PATTERSON
Assistant United States Attorney

*United States v. Kyle Andrew Everhart*
CR13-5512 BHS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970