UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KYLE ANDREW EVERHART,<br><br>　　　　　　Defendant. | CASE NO. CR13-5512 BHS<br><br>ORDER DENYING<br>DEFENDANT'S MOTION |

This matter comes before the Court on Defendant Kyle Everhart's ("Everhart") motion for judgment of acquittal (Dkt. 127).

On September 23, 2014, the Court began a two day trial on the Government's charge against Everhart for possession with intent to distribute. Dkt. 112. On September 24, 2014, the jury returned a verdict of guilty. Dkt. 120. On October 6, 2014, Everhart filed a motion for judgment of acquittal. Dkt. 126. On October 14, 2014, the Government responded. Dkt. 127.

On a Rule 29 motion for judgment of acquittal, the jury's verdict should be affirmed "if after viewing the evidence in the light most favorable to the prosecution, any

1 rational trier of fact could have found the essential elements of the crime beyond a

2 reasonable doubt." *United States v. Johnson*, 357 F.3d 980, 983 (9th Cir. 2004).

3      In this case, the Government presented sufficient evidence to affirm the verdict.

4 First, Everhart was found in the hotel room with the drugs in question. Second, Everhart

5 subsequently confessed to officers that the pills were his and that he was trying to raise

6 money for his family before turning himself in on a separate arrest warrant. The jury is

7 entitled to accept the Government's evidence in the light most favorable to the

8 Government. When viewing the evidence in this light, there was sufficient evidence to

9 affirm the verdict of guilty of possession with intent to distribute. Therefore, the Court

10 **DENIES** Everhart's motion.

11      **IT IS SO ORDERED.**

12      Dated this 23rd day of October, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge